UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> SHARON GONZALEZ - VASQUEZ ) <br> Defendant(s) ) <br> _____ ) | 08CR77-BTM <br> CRIMINAL NO. 07mj2786 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,   Leo S. Papas

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

JESSICA ALCANTE - MEDRANO

DATED: 1/10/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                                    OR
                DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by J. Jualek

Deputy Clerk

J. JARNECK

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                              ☆ U.S. GPO: 2003-581-774/70062