

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR77-BTM |
| Plaintiff, ) | |
| ) | **I N F O R M A T I O N** |
| v. ) | |
| ) | Title 8, U.S.C., |
| SHARON GONZALEZ-VASQUEZ, ) | Sec. 1324(a)(1)(A)(i) and (v)(II) |
| ) | - Bringing in Illegal Aliens and |
| Defendant. ) | Aiding and Abetting |

The United States Attorney charges:

On or about December 25, 2007, within the Southern District of California, defendant SHARON GONZALEZ-VASQUEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Martha Reyes-Montes, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: January 10, 2008

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:mg:San Diego
12/28/07