FILED
JAN 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR77-BTM |
|  ) | **(Superseded)** |
| Plaintiff, ) | I N F O R M A T I O N |
|  ) | |
| v. ) | Title 8, U.S.C., |
|  ) | Sec. 1324(a)(1)(A)(i) and (v)(II) |
| LAURA CUENCA-SERRANO (t/n), ) | - Bringing in Illegal Aliens and |
| aka: Sharon Gonzalez-Vasquez, ) | Aiding and Abetting |
|  ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about December 25, 2007, within the Southern District of California, defendant LAURA CUENCA-SERRANO, aka: Sharon Gonzalez-Vasquez, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Martha Reyes-Montes, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: January 31, 2008.

KAREN P. HEWITT
United States Attorney

[signature] for

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:mg(rp):San Diego
1/25/08