```
WENDY S. GERBOTH
California Bar No. 167687
964 Fifth Avenue, Suite 214
San Diego, California  92101
Telephone:  (619) 699-5969

wendysgerboth@hotmail.com

Attorney for Ms. Cuenca
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff, )<br>            )<br>v.          )<br>            )<br>LAURA CUENCA-SERRANO, )<br>            )<br>    Defendant. )<br>            )<br>_____) | Case No. 08CR0077-BTM<br><br>Date: February 29, 2008<br>Time: 10:00 a.m.<br><br>MOTION FOR ORDER<br>TO SHORTEN TIME |

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file her Sentencing Memorandum to three (3) days, to be heard February 29, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, for the following reasons:

When preparing Ms. Cuenca's sentencing papers last Friday defense counsel realized she needed to meet with Ms. Cuenca with an interpreter to clarify several issues, then needed to contact her parents in Mexicali (through a third party, because they do not have a telephone) to answer questions.

                              Respectfully submitted,

                              /s/ Wendy S. Gerboth
DATED: February 26, 2008      WENDY S. GERBOTH
                              Attorney for Ms. Cuenca