UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-CR-0077-BTM |
| Plaintiff, ) | PROOF OF SERVICE |
| v. ) | |
| LAURA CUENCA-SERRANO, ) | |
| Defendant. ) | |

I, the undersigned, say:

1. I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party to the within action;

2. My business address is 964 Fifth Ave., Suite 214, San Diego, California 92101;

3. I served the within **MOTION FOR ORDER SHORTENING TIME** on opposing counsel by e-filing through the CM/ECF system;

charlotte.kaiser@usdoj.gov
Attorney for plaintiff United States of America

I certify under penalty of perjury that the foregoing is true and correct. Executed on October February 26, 2008 at San Diego, California.

/s/ Wendy S. Gerboth
WENDY S. GERBOTH