# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR0077-BTM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Laura Cuenca-Serrano | ) | Booking No. 06815298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __2/29/08__ the Court entered the following order:

☑ Defendant be released from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

☐ Defendant released on $_____ bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

☑ Defendant sentenced to TIME SERVED, supervised release for __2__ years.

☐ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case Dismissed.

☐ Defendant to be released to Pretrial Services for electronic monitoring.

☐ Other._____

**BARRY TED MOSKOWITZ**
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by P.M. [signature]
Deputy Clerk

Received _____ DUSM

Crim-9  (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY